UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARLENE ROSARIO and GEANENE SILAS,

    Plaintiffs,

v.                                      Case No.: 6:20-cv-352-WWB-EJK

PROGRESSIVE CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Renewed Joint Motion for Approval of Amended Settlement Agreement. (Doc. 181). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation ("**R&R**," Doc. 182), in which he recommends that the Motion be granted. Defendant filed a Limited and Partial Objection (Doc. 184), and Plaintiffs filed a Response in Opposition (Doc. 185).

When a party objects to a magistrate judge's findings, the district court must "make a de novo determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The district court must consider the record and factual issues independent of the magistrate judge's report, as de novo review is "essential to the constitutionality of [§] 636." *Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 512 (11th Cir. 1990). The objecting party must state with particularity findings with which it disagrees, along with its basis for the disagreement. *Kohser v. Protective Life Corp.*, 649 F. App'x 774, 777 (11th Cir. 2016) (citing *Heath v.*

*Jones*, 863 F.2d 815, 822 (11th Cir. 1989)).  The court will not consider "[f]rivolous, conclusive, or general objections."  *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) (citation omitted).

Defendant objects to the R&R only insofar as it does not address the parties' request that the Court retain jurisdiction to enforce the Amended Settlement Agreement and Release (Doc. 181-1) and resolve any disputes among counsel related to the separate Return of Documents and Non-Disclosure Agreement (Doc. 178-1).  Because the R&R does not address this request, Defendant's Objection will be sustained.  However, upon review of the record, the Court declines to retain jurisdiction to enforce the agreements at issue.  Defendant does not object to the remainder of the R&R.  After a de novo review of the record, the Court agrees entirely with the analysis in the R&R.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Limited and Partial Objection (Doc. 184) is **SUSTAINED**.
2. The Report and Recommendation (Doc. 182) is **ADOPTED** and **CONFIRMED** to the extent consistent with this Order.
3. The parties' Renewed Joint Motion for Approval of Amended Settlement Agreement (Doc. 181) is **GRANTED in part**, and the parties' Amended Settlement Agreement and Release (Doc. 181-1) is **APPROVED**.  The Court finds that the parties' Amended Settlement Agreement and Release is a fair and reasonable resolution of *bona fide* disputes under the FLSA.  In all other respects, the Motion is **DENIED**.
4. The case is **DISMISSED with prejudice**.
5. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 29, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record